316, and *People v. Leggett*, 2 Ill.App.3d 962, 275 N.E.2d 651, the conviction of conspiracy to commit armed robbery must be reversed and the cause remanded to the trial court with directions to enter an amended *mittimus*. The conviction for armed robbery is affirmed.

Affirmed in part, reversed in part, and remanded with directions.

CRAVEN, J., and SIMKINS, P. J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EDWARD MILTON JOHN, Defendant-Appellant.

(No. 12513; ▮▮▮▮▮▮▮)

Fourth District—December 17, 1974.

Opinion by Mr. JUSTICE CRAVEN.

Kenneth L. Jones and Lynn Sara Frackman, both of the State Appellate Defender's Office, of Chicago, for appellant.

Basil G. Greanias, State's Attorney, of Decatur (Jerry Finney, Assistant State's Attorney, of counsel), for the People.